Revised 11/11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### COVER SHEET FOR AMENDMENTS

| | |
|---|---|
| **CASE NAME:** | Rosezella A Lovalvo |
| **CASE NUMBER:** | 12-49816 |

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☒ Add creditors to schedule(s) __F__ . How many? __1__
(Use second page of this form to list creditors added).

　　☒ **$30.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: (Provide detail of Amendment) __Schedule A, Schedule C, Schedule D to move creditor to Schedule F and Schedule J__

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com　　Best Case Bankruptcy

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address:                      Please change to:

_____       _____

_____       _____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address:                      Please change to:

_____       _____

_____       _____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Previous address:                      Please change to:

_____       _____

_____       _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address       _____

_____

_____

**NAME OF CREDITOR** (As it now appears): _____

(Please print)

Address       _____

_____

_____

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:    **/s/ Tadd R. Klimmek**

                  **Tadd R. Klimmek**

                  Name of Attorney
                  **29829 Greenfield Rd.**
                  **Suite 102**
                  **Southfield, MI 48076**
                  **248-331-1200**
                  **klimmekroose@yahoo.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/ Rosezella A Lovalvo
**Rosezella A Lovalvo**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

In re    **Rosezella A Lovalvo**                                                      Case No.   **12-49816**

Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 25132 Roan Ave, Warren MI 48089** | **Tenancy by the entireties** | - | 52,400.00 | 32,425.07 |

                                                                                         Sub-Total >      **52,400.00**     (Total of this page)

                                                                                          Total >        **52,400.00**

  **0**   continuation sheets attached to the Schedule of Real Property                    (Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Rosezella A Lovalvo**  
Debtor

Case No. **12-49816**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☒ 11 U.S.C. §522(b)(2)  
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Location: 25132 Roan Ave, Warren MI 48089 | 11 U.S.C. § 522(d)(1) | 19,974.93 | 52,400.00 |
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 23.00 | 23.00 |
| unemployment funds | 11 U.S.C. § 522(d)(5) | 59.00 | 59.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| savings account - credit union | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | 11 U.S.C. § 522(d)(3) | 4,000.00 | 4,000.00 |
| **Wearing Apparel** | | | |
| wearing apparel | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Furs and Jewelry** | | | |
| jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| pension through deceased husband | 11 U.S.C. § 522(d)(10)(E) | 1.00 | 1.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Ford F150 | 11 U.S.C. § 522(d)(2)  11 U.S.C. § 522(d)(5) | 3,450.00  1,556.00 | 14,000.00 |
| 2006 Harley Davidson | 11 U.S.C. § 522(d)(5) | 10,332.00 | 13,000.00 |
| | Total: | 41,900.93 | 85,988.00 |

B6D (Official Form 6D) (12/07)

In re  Rosezella A Lovalvo                                           Case No.  12-49816
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 9415 Christian Financial Credit Union 18441 Utica Rd Roseville, MI 48066 | | - | 2008 Mortgage Location: 25132 Roan Ave, Warren MI 48089 Value $ 52,400.00 | | | | 28,300.00 | 0.00 |
| Account No. 9415 Macomb County Treasurer 1 South Main 2nd floor Mount Clemens, MI 48043 | | - | 2010 Statutory Lien Location: 25132 Roan Ave, Warren MI 48089 Value $ 52,400.00 | | | | 4,125.07 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| 0 continuation sheets attached | | | Subtotal (Total of this page) | | | | 32,425.07 | 0.00 |
| | | | Total (Report on Summary of Schedules) | | | | 32,425.07 | 0.00 |

12-49816-wsd  Doc 33  Filed 06/11/12  Entered 06/11/12 11:00:18  Page 6 of 10

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

In re **Rosezella A Lovalvo**, Debtor    Case No. **12-49816**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9415**<br><br>Allied Interstate<br>3000 Corporate Dr<br>Suite 600<br>Columbus, OH 43231 | - | | | 2005<br>General unsecured | | | | 181.00 |
| Account No. **9141**<br><br>Arrow Financial<br>5996 W. Touhy Ave.<br>Niles, IL 60714 | - | | | 2005<br>General unsecured | | | | 2,702.00 |
| Account No. **9415**<br><br>Christian Financial Credit Union<br>18441 Utica Rd<br>Roseville, MI 48066 | - | | | 2008<br>General unsecured | | | | 2,125.00 |
| Account No. **9415**<br><br>Harley Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682 | - | | | 2006<br>2006 Harley Davidson | | | | 2,668.00 |

**1** continuation sheets attached

Subtotal (Total of this page)    **7,676.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosezella A Lovalvo**  
Debtor

Case No. __**12-49816**__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9415<br><br>WOW Internet and Cable Services<br>c/o Credit Management<br>PO BOX 118288<br>Carrollton, TX 75011 | - | | 2011<br>General unsecured | | | | 293.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **293.00**

Total (Report on Summary of Schedules) **7,969.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6J (Official Form 6J) (12/07)

In re   **Rosezella A Lovalvo**                                                                 Case No.   **12-49816**
                                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?   Yes ___   No **X** | |
|    b. Is property insurance included?   Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ 240.00 |
|              b. Water and sewer | $ 41.00 |
|              c. Telephone | $ 0.00 |
|              d. Other **See Detailed Expense Attachment** | $ 147.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $ 75.00 |
|         b. Life | $ 0.00 |
|         c. Health | $ 0.00 |
|         d. Auto | $ 69.00 |
|         e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|         (Specify) **property taxes** | $ 150.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto | $ 0.00 |
|         b. Other _____ | $ 0.00 |
|         c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
|      Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,672.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.  Average monthly income from Line 15 of Schedule I | $ 2,483.00 |
| b.  Average monthly expenses from Line 18 above | $ 1,672.00 |
| c.  Monthly net income (a. minus b.) | $ 811.00 |

B6J (Official Form 6J) (12/07)

In re  Rosezella A Lovalvo                             Case No. **12-49816**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| cell phone | $ 68.00 |
| cable and internet | $ 79.00 |
| **Total Other Utility Expenditures** | $ **147.00** |