IN RE: Rosezella Lovalvo

Debtor(s).

Case No. 12-49816
Judge Shapero
Chapter 13

/

Klimmek & Roose, PLC
Tadd R. Klimmek P64616
Adam M. Roose P68893
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200

/

## DEBTORS' PROPOSED POST CONFIRMATION PLAN MODIFICATION

NOW COME Debtors and in support of this proposed plan modification state as follows:

1. Debtors commenced this case by filing a voluntary petition on 4/18/12.

2. The chapter 13 plan herein was confirmed on 7/27/12.

3. Debtor's unemployment ceased for several months during the end of 2012 and the beginning of 2013.

4. As a result of this income change, Debtor missed several Chapter 13 payments.

5. Debtor unemployment benefits have resumed and Debtor desires modify her plan accordingly to achieve discharge.

6. The Proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

   a. Class one administrative claims: None

   b. Class two continuing claims: None

   c. Class three executory contracts/unexpired leases: None

   d. Class four arrearage on continuing claims: None

   e. Class five (a) secured purchase money security interest claims: None

   f. Class five (b) other secured claims: None

   g. Class six priority unsecured claims: None

   h. Class seven special unsecured claims: None

   i. Class eight general unsecured claims: None

7. Debtors wish to continue their chapter 13 plan and to receive a discharge.

WHEREFORE, Debtors propose that their chapter 13 Plan be modified as follows:

A. Debtors' plan payment shall be $1000.00 per month effective the date of this plan modification.

B. Debtor shall amend Schedules J to show income and budgetary changes.

C. All missed payments shall be excused.

D. In all other respects, the plan as confirmed on 7/27/12 or last modified shall remain in full force and effect.

Date: 4/1/13

/s/ Tadd R. Klimmek
Klimmek & Roose, PLC
Tadd R. Klimmek P64616
Adam M. Roose P68893
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Rosezella Lovalvo

Debtor(s).

Case No. 12-49816
Judge Shapero
Chapter 13

_____/

Klimmek & Roose, PLC
Tadd R. Klimmek P64616
Adam M. Roose P68893
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200

_____/

## EXHIBIT 1

### CERTIFICATE OF NO RESPONSE TO: PROPOSED PLAN MODIFICATION

Tadd R. Klimmek, being first duly sworn, deposes and says that I am the attorney for the above named Debtor(s); that notices were mailed out to the debtor, Trustee, and all parties on the matrix on 4/1/13, regarding the Proposed Plan Modification and no objections have been properly filed with the Court.

WHEREFORE, Debtor proposes that the Chapter 13 Plan be modified as follows:

A. Debtors' plan payment shall be $1000.00 per month effective the date of this plan modification.

B. Debtor shall amend Schedules J to show income and budgetary changes.

C. All missed payments shall be excused.

D. In all other respects, the plan as confirmed on 7/27/12 or last modified shall remain in full force and effect.

Dated: 4/1/13

/s/ Tadd R. Klimmek
Klimmek & Roose, PLC
Tadd R. Klimmek P64616
Adam M. Roose P68893
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Rosezella Lovalvo  
AKA/FKA: None  
        Debtor(s).

Case No. 12-49816  
Judge Shapero  
Chapter 13

_____/

Klimmek & Roose, PLC  
Tadd R. Klimmek P64616  
Adam M. Roose P68893  
29829 Greenfield Rd., Suite 102  
Southfield, MI 48076  
klimmekroose@yahoo.com  
248-331-1200

_____/

## EXHIBIT 2

## NOTICE OF PROPOSED POST CONFIRMATION PLAN MODIFICATION

Debtor has filed with the court a PROPOSED POST CONFIRMATION PLAN MODIFICATION.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief requested in the above mentioned document, or if you want the court to consider your views on the matter, within 21 days, you or your attorney must:

    1. File with the court a written response or an answer, explaining your position at:[1]  
       United States Bankruptcy Court  
       211 West Fort Street, Suite 2100  
       Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

| Klimmek & Roose, PLC | Tammy Terry |
|---|---|
| 29829 Greenfield Rd. Suite 102 | 535 Griswold, Suite 2100 |
| Southfield, MI 48076 | Detrot, MI 48226 |

2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the PROPOSED POST CONFIRMATION PLAN MODIFICATION and may enter an order granting that relief.

Date: 4/1/13

/s/ Tadd R. Klimmek  
Klimmek & Roose, PLC  
Tadd R. Klimmek P64616  
Adam M. Roose P68893  
29829 Greenfield Rd., Suite 102  
Southfield, MI 48076  
klimmekroose@yahoo.com  
248-331-1200

--------------------------

[1]Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Rosezella Lovalvo                        Case No. 12-49816
                                                                       Judge Shapero
             Debtor(s).                              Chapter 13

_____/

Klimmek & Roose, PLC
Tadd R. Klimmek P64616
Adam M. Roose P68893
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200

_____/

## EXHIBIT 3

## PROOF OF SERVICE

    Tadd R. Klimmek, being first duly sworn, states that on 4/1/13, a copy of Debtor's Proposed Post Confirmation Plan Modification and this Proof of Service were served upon all parties list below and on the attached matrix, via first class mail.

                                                                                      /s/ Tadd R. Klimmek
                                                                                      Klimmek & Roose, PLC
                                                                                      Tadd R. Klimmek P64616
                                                                                      Adam M. Roose P68893
                                                                                       29829 Greenfield Rd., Suite 102
                                                                                       Southfield, MI 48076
                                                                                       klimmekroose@yahoo.com
                                                                                       248-331-1200

Label Matrix for local noticing
0645-2
Case 12-49816-wsd
Eastern District of Michigan
Detroit
Mon Apr  1 13:12:41 EDT 2013

Allied Interstate
3000 Corporate Dr
Suite 600
Columbus, OH 43231

Arrow Financial
5996 W. Touhy Ave.
Niles, IL 60714-4610

Christian Financial Credit Union
18441 Utica Rd
Roseville, MI 48066-4299

City of Warren
Office of the Treasurer
1 City Square, Suite 200
Warren, MI 48093-5290

Christopher E. Frank
6 Parklane Blvd.
Suite 665
Dearborn, MI 48126-4214

HARLEY-DAVIDSON CREDIT CORP
9441 LBJ FREEWAY, SUITE 350
DALLAS, TEXAS 75243-4652

Harley Davidson Credit
8529 Innovation Way
Chicago, IL 60682-0085

Tadd R. Klimmek
Klimmek & Roose PLC
29829 Greenfield Rd, Suite 102
Southfield, MI 48076-2201

Rosezella A Lovalvo
25132 Roan Ave
Warren, MI 48089-4571

Macomb County Treasurer
1 South Main
2nd floor
Mount Clemens, MI 48043-2352

Mary Jane Elliot
24300 Karim Blvd
Novi, MI 48375-2942

Adam M. Roose
Klimmek & Roose PLC
29829 Greenfield Rd., Suite 102
Southfield, MI 48076-2201

Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226-3681

The Leduc Group PLLC
4 Parklane Blvd
Suite 350
Dearborn, MI 48126-4216

WOW Internet and Cable Services
c/o Credit Management
PO BOX 118288
Carrollton, TX 75011-8288

Weltman, Weinburg & Reis Co
175 South 3rd St
Suite 900
Columbus, OH 43215-5177

---

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Christian Financial  Credit Union

End of Label Matrix
Mailable recipients   16
Bypassed recipients    1
Total                 17

**9 Month(s) since Confirmation UP = $0.00   TPI = $5,688.00   BOH = $811.00**

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | Klimmek & Roose PLC | $3,247.00 | | | | | | |
| | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | $1,000.00 | | $1,000.00 | | | $1,000.00 | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **GAP Mortgage or Lease** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **R-PROP TAX** | | | | | | | |
| 13 | Macomb County Treasurer | $4,125.07 | | $4,125.07 | 18.0000 | $125.00 | $5,736.13 | 45 |
| 14 | Macomb County Treasurer | $337.57 | | $337.57 | | | $337.57 | |
| | **S-SECURED** | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **S SECURED MORTGAGE CLASS FIVE** | | | | | | | |
| 20 | CHRISTIAN FINANCIAL CREDIT UNION | $33,691.31 | | $33,649.07 | 4.0000 | $735.00 | $36,572.88 | 49 |
| 21 | CHRISTIAN FINANCIAL CREDIT UNION | $112.16 | | $112.16 | | | $112.16 | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 28 | | 4793.26 | | | 78 | | $3,738.74 | |

| | | | | | |
|---|---|---|---|---|---|
| **C**hange Line# 0 | [OK] **P**lan Terms 50 | [Calc] **U**nsecured % 78 | [Calc] | Due to Credito In from Debt |
| **Restart** | | | | |

| **Debtor 1 Pay Schedules** | | | | | **Debtor 2 Pay** | |
|---|---|---|---|---|---|---|
| **T**rustee's % 5 | Who's Paying | Amount | Schedule | Upd Calc | Who's Paying | Amour |
| **L**ump Sum $ 0.00 | DEBTOR DIRECT ▼ | $1,000.00 | MONTHLY ▼ | [$] [?] | DEBTOR ▼ | |
| **D**elete Line 0 [OK] | Rosezella A. Lo ▼ | $0.00 | WEEKLY ▼ | [$] [?] | | |

**Exhibit 5**

N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 52,400.00 | 32,425.07 | 19,974.93 | 19,974.93 | 0.00 |
| VEHICLES | 27,000.00 | 0.00 | 27,000.00 | 15,338.00 | 11,662.00 |
| HHG/PERSONAL EFFECTS | 5,500.00 | 0.00 | 5,500.00 | 5,500.00 | 0.00 |
| JEWELRY | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| CASH/BANK ACCOUNTS | 87.00 | 0.00 | 87.00 | 87.00 | 0.00 |
| OTHER | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |

| | |
|---|---|
| Amount available upon liquidation | $ 11,662.00 |
| Less administrative expenses and costs (10% of real property and vehicles) | $ 7,940.00 |
| Less priority claims | $ 0.00 |
| Amount Available in Chapter 7 | $ 3,722.00 |

/s/ Tadd R. Klimmek
Tadd R. Klimmek
Attorney for Debtor
Klimmek & Roose, PLC
29829 Greenfield Rd.
Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200 Fax:248-331-1203
Phone Number

/s/ Rosezella A Lovalvo
Rosezella A Lovalvo
Debtor

Joint Debtor

June 7, 2012
Date


Exhibit 6

## WORKSHEET

1. Length of Plan is _____ weeks; __60__ months; _____ years.

   Debtor #1:

2. $ __811.00__ per pay period x __60__ (Monthly) pay periods per Plan = $__48,660.00__ total per Plan

   Debtor #2:

   $ _____ per pay period x _____ ( ) pay periods per Plan = $_____ total per Plan

3. $ _____ per period x _____ periods in Plan = _____

4. Lump Sums:                           0.00

5. Equals total to be paid into the Plan       48,660.00

6. Estimated trustee's fees       3,649.80

7. Attorney fees and costs       4,000.00 (estimated over life of plan)

8. Total priority claims       0.00

9. Total installment mortgage or other long-term debt payments       0.00

10. Total of arrearage including interest       0.00

11. Total secured claims, including interest       37,240.18

    Total of items 6 through 11       $ 44,889.98

12. Funds available for unsecured creditors (item 5 minus item 11)       $ 3,770.02

13. Total unsecured claims (if all file)       $ 7,969.00

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13)       47 %

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached)       $ 3,722.00

COMMENTS: